# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:14CR312 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LARRY L. HATHAWAY, | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion to continue by defendant Larry L. Hathaway (Hathaway) and the government. The motion was made during a telephone conference with the undersigned on February 24, 2016. Clarence E. Mock, III, represented Hathaway and Assistant U.S. Attorney Donald J. Kleine represented the government. Numerous Federal Emergency Management Agency (FEMA) documents, particularly e-mail communications, have been produced recently and such documents are in the process of being screened for redaction by FEMA's counsel. The documents are material to both parties and a manifest injustice would occur if the requested continuance is not granted. Upon consideration, the joint oral motion will be granted.

**IT IS ORDERED:**

1. The joint oral motion to continue trial is granted.

2. Trial of this matter is re-scheduled for **June 27, 2016,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 24, 2016, and June 27, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge